Anthony A. **MURPHY**, Appellant,

v.

**STATE** of Missouri, Respondent.

**No. WD 57832.**

Missouri Court of Appeals, Western District.

Jan. 23, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 27, 2001.

Application to Transfer Denied May 29, 2001.

Andrew A. Schroeder, Asst. Public Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Linda Lemke, Asst. Atty. Gen., Jefferson, for respondent.

Before HOLLIGER, P.J., LOWENSTEIN and NEWTON, JJ.

*ORDER*

PER CURIAM.

After a bench trial for first-degree murder, appellant Murphy filed this action for post-conviction relief. Appellant's Rule 29.15 motion was denied after an evidentiary hearing. He asserts ineffective assistance of trial counsel based on counsel's offering in evidence a transcript of a co-defendant's plea hearing. His second point asserts appellate counsel failed to raise the issue of the constitutionality of Missouri's statutes for first- and second-degree murder. Affirmed. Rule 84.16(b).